# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0059. PRIME COMMS RETAIL, LLC v. REEP-RTL NPM GA, LLC.**

In February 2023, REEP-RTL NPM GA, LLC obtained a default judgment against Prime Comms Retail, LLC f/k/a Spring Communications Holding, LLC d/b/a Spring Mobile ("Prime") in state court. Prime moved to set aside the judgment under OCGA § 9-11-60 (d). The court amended the amount of attorney fees awarded but otherwise denied Prime's motion to set aside in May 2023. Prime now appeals. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). Prime's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  09/12/2023*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.